IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:16CR3038 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | MEMORANDUM |
| v. | ) | AND ORDER |
| | ) | |
| VICTOR M. AVALOS and CAROLINA B. LARA, | ) | |
| Defendants. | ) | |

On March 20, 2017, following an evidentiary hearing, Magistrate Judge Cheryl R. Zwart made certain findings of fact and recommended that Defendants' motions to suppress (Filing Nos. 84, 90) be denied in their entirety (Filing No. 214). Defendants filed statements of objections to the Magistrate Judge's findings and recommendation on March 22 and April 3, 2017 (Filing Nos. 215, 218), and the government filed a response thereto on April 18, 2017 (Filing No. 227).

I have conducted a de novo review of the record pursuant to 28 U.S.C. § 636(b). I find that inasmuch as Judge Zwart has fully, carefully, and correctly found the facts and applied the law, the findings and recommendation should be adopted, the statements of objections should be denied in all respects, and the motions to suppress should be denied in their entirety.

Accordingly,

IT IS ORDERED:

1. The Magistrate Judge's findings and recommendation (Filing No. 214) are adopted.

2. Defendants' statements of objections (Filing Nos. 215, 218) are denied in all respects.

3. Defendants' motions to suppress (Filing Nos. 84, 90) are denied in their entirety.

DATED this 27th day of April, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge